KENNETH M. SORENSON
United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS, #44483MO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:    jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. MJ26-00746 KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO PARTIALLY |
| vs. | ) | UNSEAL CRIMINAL |
| | ) | COMPLAINT |
| MICHAEL VAITUULALA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING EX PARTE MOTION TO PARTIALLY
UNSEAL CRIMINAL COMPLAINT

It is hereby ORDERED that the Criminal Complaint in the above-captioned

case be partially unsealed for the purpose of litigation.  Portions of the criminal

complaint will continue to be filed under sealed as there is good cause that

premature disclosure could jeopardize an ongoing investigation or result in the destruction of the evidence.

DATED:   August 6, 2026, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

*United States v. Michael Vaituulala*
Case No. CR26-000746 KJM
"ORDER GRANTING EX PARTE MOTION TO PARTIALLY UNSEAL CRIMINAL COMPLAINT"

2