# MINUTES

CASE NUMBER:          1:26-mj-00746-KJM-1

CASE NAME:            United States of America vs. Michael Vaituulala

ATTY FOR GOV'T:       Jeannette S. Graviss

ATTY FOR DEFT:        Gary G. Singh

US PROB OFFICER:      Whitney Nakamura

---

JUDGE:     Rom Trader          REPORTER:     FTR–CT 5

DATE:      8/6/2026            TIME:         10:36 a.m. – 10:39 a.m.

---

COURT ACTION: EP:     INITIAL APPEARANCE as to DEFENDANT
                      MICHAEL VAITUULALA had on 8/6/2026.

Defendant Michael Vaituulala ("Defendant") present and in custody.

Appointment of Counsel:

Defendant sworn to Financial Affidavit.  Court appoints Mr. Singh as counsel for
Defendant.

Initial Appearance:

Mr. Singh represents Defendant has received and reviewed a copy of the Complaint and
generally understands the charges.

Government has filed [ECF [9]] *Motion to Detain Defendant Without Bail*.

**Detention Hearing** is set for **8/11/2026 at 11:30 a.m.** in Courtroom 5 before Magistrate
Judge Rom Trader.

**Preliminary Hearing** is set for **8/27/2026 at 10:30 a.m.** in Courtroom 5 before
Magistrate Judge Rom Trader.

Due Process Protection Act Advisory:

The Court orders the United States to comply with its disclosure obligations under *Brady
v. Maryland* and its progeny. Failing to timely do so may result in consequences such as
sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges. This

order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Defendant remanded to the custody of the U.S. Marshals Service.

*Submitted by: Anjelica Barker, Courtroom Manager*