KENNETH M. SORENSON
United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
E-mail: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. MJ 26-00746 KJM |
| | ) | |
| Plaintiff, | ) | NOTICE TO THE COURT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MICHAEL VAITUULALA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNITED STATES' NOTICE TO THE COURT**

The United States of America, by and through Kenneth M. Sorenson, United States Attorney for the District of Hawaii, and Assistant United States Attorney Jeannette S. Graviss, files the following notice to the Court.

1.     On July 31, 2026, a sealed criminal complaint and affidavit in support of the criminal complaint were filed with the Court. [ECF 1].   Redacted versions were filed publicly on August 6, 2026. [ECF 8].

2.     Paragraphs 57 and 58 of the affidavit in support of the criminal complaint contain a typographical error:   "Person 3" should be "Person 5." Defense counsel was notified of this typographical error.   The error does not affect probable cause and does not prejudice the defendant.

DATED:   August 11, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii


By */s/ Jeannette S. Graviss*
    JEANNETTE S. GRAVISS
    Assistant U.S. Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served via CM-ECF:

Gary Singh
Attorney for Defendant
MICHAEL VAITUULALA

DATED:   August 11, 2026, at Honolulu, Hawaii.

By */s/ Jeannette S. Graviss*
    JEANNETTE S. GRAVISS
    Assistant U.S. Attorney